UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

ERIC WAYNE HAWKINS

CRIMINAL ACTION

NO. 03-194-JVP-SCR



## RULING

The court has carefully considered the petition for writ of habeas corpus filed pursuant to 28 U.S.C. §2255 (doc. 97), the record, the law applicable to this action, the Report and Recommendation dated July 27, 2007 (doc. 99) and the Supplemental Report and Recommendation dated November 30, 2007 (doc. 110) of United States Magistrate Judge Stephen C. Riedlinger.

Defendant has filed an objection to the report and recommendation (doc. 105) and a rebuttal to the United States of America's response to the motion to vacate, set aside, or correct sentence (doc. 114) which merely restates legal argument and does not require de novo findings under 28 U.S.C. §636.

The court hereby approves the report and recommendation and the supplemental report and recommendation of the magistrate judge and adopts them as the court's opinion herein.

Accordingly, petitioner's Motion to Vacate, Set Aside, or Correct Sentence is hereby dismissed, with prejudice, as untimely pursuant to 28 U.S.C. §2255 (1).

Baton Rouge, Louisiana, February 8, 2008.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA