UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

ERIC WAYNE HAWKINS (#04089-095)

CRIMINAL ACTION

NUMBER 03-194-JVP-SCR

## RULING

This matter was remanded to the district court to determine whether the defendant's notice of appeal was filed timely and if not, whether the defendant's late filing is due to excusable neglect or good cause.[1]

In response to the Fifth Circuit Court of Appeals remand, the defendant argued that his notice of appeal was not filed timely because the Clerk of Court for the Middle District of Louisiana mailed the court's July 15, 2008 ruling to an incorrect address.[2]

It is the determination of this court that the defendant failed to deliver his notice of appeal to prison officials timely pursuant to Rule 4(b)(1)(A), Fed. R. App.P., but there was good cause for the defendant's delay in filing the notice of appeal.

In accordance with the mandate of the United States Court of Appeals for the Fifth Circuit, the Clerk of Court for the Middle

---

[1] Record document number 131.

[2] Record document number 132.

District of Louisiana is directed to return the case to the appellate court for further proceedings as it deems appropriate.

Baton Rouge, Louisiana, November __17__, 2008.

_____
JOHN V. PARKER
UNITED STATES DISTRICT JUDGE